UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SYLINIA JACKSON, *on behalf of herself and all others similarly situated*,

                Plaintiff,

      v.

E.L.F. BEAUTY, INC.,

                Defendant.

25-CV-48 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On January 6, 2025, the Court ordered the parties to meet and confer regarding settlement within 30 days of service of the summons and complaint, and within 15 additional days, to submit a joint letter requesting either (1) referral to mediation or a magistrate judge, or (2) an initial status conference. Defendant waived service on January 9, 2025, and thus a joint letter was due on February 23, 2025. To date, no letter has been filed.

The parties shall submit their joint letter no later than March 14, 2025. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    March 3, 2025
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge